# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

156637

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 156637
                                      COA: 333125
                                      Cass CC: 15-010146-FC

LEON WATSON,
         Defendant-Appellant.

_____/

      By order of June 15, 2018, the plaintiff was directed to file a supplemental response to the application for leave to appeal the August 22, 2017 judgment of the Court of Appeals. On order of the Court, the supplemental response having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The denial is without prejudice to the defendant's right to file a motion for relief from judgment pursuant to MCR Subchapter 6.500 that may include his claims of ineffective assistance of appellate counsel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



Clerk

t1126